## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JUWANNA ROLAND | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 2:24-cv-02406 |
| | ) |
| DONNELLY COLLEGE and | ) |
| RUSSEL ROBINSON, | ) |
| | ) |
| **Defendants.** | ) |

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW the parties, by and through their attorneys of record, and hereby move this Court to dismiss with prejudice Counts IV (Violation of the Fourteenth Amendment, 42 U.S.C. § 1983, against Defendant College) and V (Violation of the Fourteenth Amendment, 42 U.S.C. § 1983, against Defendant Robinson) as alleged in Plaintiff's Initial Complaint filed on September 6, 2024.

The parties, having met and conferred, acknowledge that Defendants Donnelly College and Russel Robinson are not state actors for purposes of 42 U.S.C. § 1983, as Defendant Donnelly College is not a state school. Accordingly, Plaintiff voluntarily dismisses the § 1983 claims asserted in Counts IV and V of the Initial Complaint.

Date: February 27, 2025

                                                     Respectfully submitted,

| **LATHROP GPM LLP** | **EDELMAN, LIESEN & MYERS LLP** |
|---|---|
| By: */s/ Kathleen Fisher Enyeart* | By:*/s/Katherine E. Myers* |
| Kathleen Fisher Enyeart (KS #25203) | Katherine E. Myers KS #25833 |
| Mara H. Cohara (KS #20711) | 208 W. Linwood Blvd. |
| 2345 Grand Blvd., Ste. 2200 | Kansas City, MO 64111 |
| Kansas City, MO 64108-2618 | Tel: (816) 533-4976 |
| Telephone: 816.292.2000 | Fax: (816) 463-8449 |
| Telecopier: 816.292.2001 | kmyers@elmlawkc.com |
| Kathleen.fisherenyeart@lathropgpm.com | |
| **ATTORNEYS FOR DEFENDANTS** | **ATTORNEY FOR PLAINTIFF** |