# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JUWANNA ROLAND | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:24-cv-02406 |
| | ) |
| DONNELLY COLLEGE and | ) |
| RUSSEL ROBINSON, | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

For good cause shown, and pursuant to the parties' Joint Stipulation of Dismissal With Prejudice (Doc. 18), Plaintiff voluntarily dismisses the § 1983 claims asserted in Counts IV and V of the Initial Complaint.

s/ John W. Lungstrum
John W. Lungstrum
United States District Judge