### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JUWANNA ROLAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.   2:24-cv-02406-JWL-GEB |
| v. | ) |
| | ) |
| DONNELLY COLLEGE and | ) |
| RUSSELL ROBINSON, | ) |
| | ) |
| Defendants. | ) |

### JOINT MEDIATION NOTICE

The Plaintiff and Defendant jointly advise the Court that the parties have agreed to participate in private mediation and have scheduled mediation in this matter as follows:

**Date and Time:**  July 14, 2025, at 9:30 a.m.

**Location:**  Lathrop GPM LLP
2345 Grand Boulevard, Suite 2200
Kansas City, MO 64108

**Mediator**:  Eischens + Vogel Mediation Solutions
David Vogel
8013 Park Ridge Drive
Parkville, Missouri  64152
(816) 945-6393

Respectfully submitted,

EDELMAN, LIESEN & MYERS, L.L.P.

By:/s/   Jessica L. Barranco
Katherine E. Myers             KS # 25833
Jessica L. Barranco            D. Kan. # 78910
208 W. Linwood Blvd.
Kansas City, Missouri 64111
Tel: (816) 200-2103
Fax: (816) 463-8449

kmyers@elmlawkc.com
jbarranco@elmlawkc.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 30th day of June, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to:

Kathleen Fisher Enyeart
Mara H. Cohara
2345 Grand Boulevard, Suite 2200
Kansas City, MO  64108
Tel: (816)292-2000
Fax: (816)292-2001
Kathleen.fisherenyeart@lathropgpm.com
Mara.cohara@lathropgpm.com
ATTORNEYS FOR DEFENDANTS


      By:/s/   Jessica L. Barranco
      **ATTORNEY FOR PLAINTIFF**